```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

LARRY FORAR ET AL.                              CIVIL ACTION

VERSUS                                          NO. 20-3273

GREGORY AVERY ET AL.                            SECTION: "B"(1)
```

## ORDER

Defendants' motion for extension of time to file response (Rec. Doc. 15) is **DISMISSED AS MOOT.** The time requested in the extension has passed and grounds for same are unavailing.

The Court, after considering the complaint, the record, the applicable law, the Magistrate's Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

**IT IS ORDERED** that this lawsuit is hereby remanded to Slidell City Court for lack of subject matter jurisdiction.

New Orleans, Louisiana this 26th day of July, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE